ROWLANDS, MARY MARGARET 6/15/2026 8:57:31 AM

Exhibit A

## IN THE COURT OF COMMON PLEAS
## SUMMIT, OHIO

| | |
|---|---|
| **MATTHEW MAGAW**<br>2851 Lincoln Way East<br>Apartment G3<br>Massillon, Ohio 44646 | )<br>)<br>)<br>) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **TIM ROBERT HALL**<br>31 E. Stewart St.<br>Greenville, PA 16125 | )<br>)<br>) |
| | ) |
| And | ) |
| | ) |
| **ECM TRANSPORT LLC**<br>31 E. Stewart St.<br>Greenville, PA 16125 | )<br>)<br>) |
| | ) |
| And | ) |
| | ) |
| **ECM TRANSPORT** LLC<br>2240 NW 12th Street<br>Richmond, Indiana 47374 | )<br>)<br>) |
| | ) |
| Or | ) |
| | ) |
| **John Doe Corporation 1-3**<br>2240 NW 12th Street<br>Richmond, Indiana 47374 | )<br>)<br>) |
| | ) |
| And | ) |
| | ) |
| **WERNER ENTERPRISES INC.**<br>14507 Frontier Road<br>Omaha, Nebraska 68138 | )<br>)<br>) |
| | ) |
| Or | ) |
| | ) |
| **Jane Doe Corporation 4-6**<br>14507 Frontier Road<br>Omaha, Nebraska 68138 | )<br>)<br>) |

Case No. _____

Judge _____

## COMPLAINT

|  | ) |
| --- | --- |
| And | ) |
|  | ) |
| **ZURICH AMERICAN** | ) |
| **INSURANCE COMPANY** | ) |
| 1299 Zurich Way | ) |
| Schaumburg, IL 60196 | ) |
|  | ) |
| Defendants. | ) |

Now comes Plaintiff, Matthew Magaw, by and through counsel, and for his Complaint against Defendants states as follows:

### PARTIES

1. Plaintiff, Matthew Magaw, is an adult individual and a resident of the City of Massillon, State of Ohio.

2. Defendant, Tim Robert Hall, is an individual who, upon information and belief, is a resident of the City of Greenville, State of Pennsylvania for whom it is believed, upon information and belief, was in the scope of his employment with Defendant ECM Transport LLC and/or Defendant Werner Enterprises Inc. on October 14, 2024, the date of this collision.

3. Defendant, ECM Transport LLC, Or John Doe Corporation 1-3 is, upon good information and belief, a business entity organized and existing under the laws of a state other than Ohio, with its principal place of business believed to be Richmond Indiana and/or Greenville Pennsylvania.

4. Defendant ECM Transport LLC or John Doe Corporation 1-3 and Defendant Werner Enterprises Inc, or Jane Doe Corporation 4-6 were engaged in business within the State of Ohio on October 14, 2024

5. Defendant Werner Enterprises Inc., or Jane Doe Corporation 4-6 is believed, upon good information and belief, to be the successor company or purchaser of Defendant ECM Transport LLC or John Doe Corporation 1-3. Plaintiff is unsure whether this purchase happened after the date of this accident or before.

6. Defendant, Zurich American Insurance Company, is an insurance company authorized to do business in the State of Ohio and provided uninsured/underinsured motorist coverage applicable to Plaintiff Matthew Magaw's claims.

7. Plaintiff believes upon good information and belief that Defendant ECM Transport LLC is the correct entity who employed Defendant Tim Robert Hall on October 14, 2024, the date of this collision. But out of caution, Plaintiff names Defendant John Doe Corporation 1-3, whose identity/identities are currently unknown, but are believed to be the employer or principal responsible for the employment of Defendant Tim Robert Hall on October 14, 2024, at the time of this collision.

8. Plaintiff further believes upon good information and belief that Defendant Werner Enterprises Inc. is the correct corporate entity that purchased, or owns what was previously known as ECM Transport LLC, the employer of Defendant Tim Robert Hall. But out of caution, Plaintiff names Defendant Jane Doe Corporation 4-6, whose identity/identities are currently unknown.

**VENUE**

9. Venue is proper in this Court as the events giving rise to this action occurred within the City of Green, State of Ohio, which is located in Summit County and Defendants transacted business within Summit County, Ohio.

ROWLANDS, MARY MARGARET 6/15/2026 8:57:31 AM CMCO

# FACTUAL ALLEGATIONS

10. On or about October 14, 2024, Plaintiff Matthew Magaw was operating a motor vehicle in a lawful manner in the City of Green, Summit County, Ohio when he was involved in a motor vehicle collision with a vehicle negligently operated by Defendant Tim Robert Hall. (Hereinafter referred to as Defendant Hall)

11. At all relevant times, Defendant Hall owed a duty to operate his motor vehicle in a safe and lawful manner and in compliance with the laws of the State of Ohio.

12. Defendant Hall violated said duties of care, including but not limited to violating Ohio Revised Code § 4511.12.

13. As a direct and proximate result of Defendant Hall's violations of law and negligent operation of his vehicle, a collision occurred causing injury and damage to Plaintiff Matthew Magaw.

14. Upon information and belief, at the time of the incident, Defendant Hall was acting within the course and scope of his employment and/or agency relationship with Defendant ECM Transport LLC or John Doe Corporation 1-3 at this time.

15. As a direct and proximate result of the collision, Plaintiff Matthew Magaw sustained serious and disabling physical and emotional personal injuries to his body and mind incurred medical expenses, experienced pain and suffering, and expects that to continue into the future and on a permanent basis.

16. As a further direct and proximate result of the collision, Plaintiff Matthew Magaw suffered a loss of enjoyment of life and lost wages, past present and future and suffered a permanent reduction in lifetime earning capacity.

17. As a further direct and proximate result of the collision, Plaintiff Matthew Magaw suffered property damage in this accident, including but not limited to vehicle damage.

### FIRST CAUSE OF ACTION – NEGLIGENCE
### (Against Defendant Tim Robert Hall)

18. Plaintiff incorporates the preceding paragraphs as if fully rewritten herein.

19. Defendant Hall had a duty to operate his vehicle in a reasonably safe manner and in compliance with the traffic laws of the State of Ohio.

20. Defendant Hall breached said duties by negligently operating his motor vehicle, including but not limited to violating Ohio Revised Code § 4511.12.

21. Defendant Hall's negligence was the direct and proximate cause of the collision and Plaintiff's resulting injuries and damages, described in previous paragraphs of this complaint.

### SECOND CAUSE OF ACTION – RESPONDEAT SUPERIOR
### (Against Defendant ECM Transport or John Doe Corporation 1-3 and Werner Enterprises Inc., or Jane Doe Corporation 4-6)

22. Plaintiff incorporates the preceding paragraphs as if fully rewritten herein.

23. At all relevant times, Defendant Hall was acting within the course and scope of his employment and/or agency with Defendant ECM Transport LLC or John Doe Corporation 1-3.

24. Defendant ECM Transport or John Doe Corporation is vicariously liable for the negligent acts and omissions of Defendant Hall.

25. Defendant Werner Enterprises Inc., ,or Jane Doe Corporation 4-6 is the successor/purchaser of Defendant ECM Transport LLC or John Doe Corporation 1-3 and

thus it is now also vicariously liable for the negligent acts of Defendant Hall while in the scope of his employment.

26. As a direct and proximate result of Defendant Hall's conduct, for which ECM Transport LLC and John Doe Corporation 1-3 and Defendant Werner Enterprises Inc., or Jane Doe Corporation 4-6 is responsible, Plaintiff sustained the personal injury damages previously described in this complaint.

### THIRD CAUSE OF ACTION – UNINSURED/UNDERINSURED MOTORIST COVERAGE
### (Against Defendant Zurich American Insurance Company)

27. Plaintiff incorporates the preceding paragraphs as if fully rewritten herein.

28. At all relevant times, Plaintiff was an insured under a policy of insurance issued by Defendant Zurich American Insurance Company which included uninsured/underinsured motorist coverage.

29. The policy issued by Zurich American Insurance Company provides coverage for damages caused by the negligence of uninsured and/or underinsured motorists.

30. To the extent that Defendant Hall is uninsured and/or underinsured for the damages sustained by Plaintiff, Plaintiff is entitled to recover under the UM/UIM provisions of the Zurich American Insurance policy.

31. Plaintiff has complied with all conditions precedent to recovery or such conditions have been waived or are otherwise satisfied.

32. As a direct and proximate result of the negligence of Defendant Hall, Plaintiff is entitled to recover UM/UIM benefits from Defendant Zurich American Insurance Company.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, as follows:

A. Compensatory damages from each defendant individually or in concert in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00);
B. Costs of this action;
C. Interest as allowed by law;
D. A declaration that Plaintiff has met all the necessary preconditions for UM UIM coverage.
E. Any and all other relief to which Plaintiff is entitled.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

**KISLING, NESTICO & REDICK, LLC**

Michael J. Maillis (0065472)
Attorney for Plaintiff
22 E. McKinley Way Ste A
Poland OH, 44514
Ph: 330-729-1090 / Fax: 330-869-9008
Email: mmaillis@knrlegal.com

## INSTRUCTIONS TO THE CLERK

Please serve a copy of the forgoing Complaint to the Defendants named herein via

Certified Mail/Return Receipt Requested and make the same returnable according to law.

Michael J. Maillis (0065472)
Attorney for Plaintiff

**Summit County Court of Common Pleas**
**Civil Division**

**Instructions:** Complete the following form and file with the Summit County Clerk of Courts - Civil Division, located at: 205 South High Street, 1st Floor, Akron, Ohio 44308.

**Case Caption:**

Matthew Magaw

Plaintiff

v.

Case Number _____

Tim Robert Hall, et al.

Defendant

**INSTRUCTIONS FOR SERVICE**

**To Clerk**: You are hereby requested to make service upon the following by:

- ☐ FedEx
- ☑ Certified Mail
- ☐ Regular Mail – Certificate of Mailing
- ☐ Sheriff Service (Personal)
- ☐ Sheriff Service (Personal or Residential)
- ☐ Personal Service (Process Server): _____
- ☐ Waiver of Service requested under Civil Rule 4.7

**Please Serve the following pleadings:** Complaint.

**Parties to be served:**

Name: Werner Enterprises INC.
Address: 14507 Frontier Road
Address:
City: Omaha  State: NE  Zip: 68138

Name: Zurich American Insurance Company
Address: 1299 Zurich Way
Address:
City: Schaumburg  State: IL  Zip: 60196

Name: Jane Doe Corporation 4-6
Address: 14507 Frontier Road
Address:
City: Omaha  State: NE  Zip: 68138

Name:
Address:
Address:
City:  State:  Zip:

s/ Michael J. Maillis    0065472

by:    Supreme Ct #

*Tavia Galonski, Summit County Clerk of Courts*

**Summit County Court of Common Pleas**
**Civil Division**

**Instructions:** Complete the following form and file with the Summit County Clerk of Courts - Civil Division, located at: 205 South High Street, 1st Floor, Akron, Ohio 44308.

**Case Caption:**

Matthew Magaw
_____

Plaintiff

v.                                    Case Number _____

Tim Robert Hall, et al.
_____

Defendant                             **INSTRUCTIONS FOR SERVICE**

**To Clerk:** You are hereby requested to make service upon the following by:

- [ ] FedEx
- [✔] Certified Mail
- [ ] Regular Mail – Certificate of Mailing
- [ ] Sheriff Service (Personal)
- [ ] Sheriff Service (Personal or Residential)
- [ ] Personal Service (Process Server): _____
- [ ] Waiver of Service requested under Civil Rule 4.7

**Please Serve the following pleadings:** Complaint.

**Parties to be served:**

| Name: | Tim Robert Hall | Name: | ECM Transport LLC |
|---|---|---|---|
| Address | 31 E. Stewart St. | Address | 31 E. Stewart St. |
| Address | | Address | |
| City | Greenville  State PA  Zip 16125 | City | Greenville  State PA  Zip 16125 |
| Name: | ECM Transport LLC | Name: | John Doe Corporation 1-3 |
| Address | 2240 NW 12th Street | Address | 2240 NW 12th Street |
| Address | | Address | |
| City | Richmond  State IN  Zip 47374 | City | Richmond  State IN  Zip 47374 |

s/     Michael J. Maillis          0065472
_____          _____

by:                              Supreme Ct #

*Tavia Galonski, Summit County Clerk of Courts*

# IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER:   CV-2026-06-2552

MATTHEW MAGAW
2851 Lincoln Way East
Apt G3
Massillon, OH, 44646

-VS-                                                                                **SUMMONS**

TIM ROBERT HALL
31 E. Stewart St.
Greenville,   PA   16125

**TO the following:**

ECM TRANSPORT LLC
31 E. Stewart St.
Greenville, PA   16125

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.   The name and address of the Plaintiff's attorney is:

MICHAEL JOHN MAILLIS
3412 W Market Street
Akron, OH   44333

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service.   Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Tavia Galonski
Summit County Clerk of Courts

June 15, 2026

# IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER:   CV-2026-06-2552

MATTHEW MAGAW
2851 Lincoln Way East
Apt G3
Massillon, OH, 44646

-VS-                                                                                   **SUMMONS**

TIM ROBERT HALL
31 E. Stewart St.
Greenville,   PA   16125

**TO the following:**

JANE DOE CORPORATION 4-6
14507 Frontier Road
Omaha, NE   68138

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common
Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.   The name and address of the Plaintiff's attorney is:

MICHAEL JOHN MAILLIS
3412 W Market Street
Akron, OH   44333

**You are hereby summoned and required to serve upon the attorney listed above, or upon the
party if they have no attorney of record, a copy of an answer to the COMPLAINT within
twenty-eight (28) days after service of this summon on you, exclusive of the day of service.   Your
answer must be filed with the Court within three days after the service of a copy of the answer on
the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in
the COMPLAINT.**

Tavia Galonski
Summit County Clerk of Courts

June 15, 2026

# IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER:   CV-2026-06-2552

MATTHEW MAGAW
2851 Lincoln Way East
Apt G3
Massillon, OH, 44646

-VS-                                                                    **SUMMONS**

TIM ROBERT HALL
31 E. Stewart St.
Greenville,   PA   16125

**TO the following:**

JOHN DOE CORPORATION 1-3
2240 NW 12th Street
Richmond, IN   47374

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.   The name and address of the Plaintiff's attorney is:

MICHAEL JOHN MAILLIS
3412 W Market Street
Akron, OH   44333

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service.   Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Tavia Galonski
Summit County Clerk of Courts

June 15, 2026

# IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER:   CV-2026-06-2552

MATTHEW MAGAW
2851 Lincoln Way East
Apt G3
Massillon, OH, 44646

-VS-                                                                          **SUMMONS**

TIM ROBERT HALL
31 E. Stewart St.
Greenville,   PA   16125

**TO the following:**

TIM ROBERT HALL
31 E. Stewart St.
Greenville, PA   16125

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.   The name and address of the Plaintiff's attorney is:

MICHAEL JOHN MAILLIS
3412 W Market Street
Akron, OH   44333

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service.   Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Tavia Galonski
Summit County Clerk of Courts

June 15, 2026

# IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER:   CV-2026-06-2552

MATTHEW MAGAW
2851 Lincoln Way East
Apt G3
Massillon, OH, 44646

-VS-                                                                        **SUMMONS**

TIM ROBERT HALL
31 E. Stewart St.
Greenville,   PA   16125

**TO the following:**

WERNER ENTERPRISES INC.
14507 Frontier Road
Omaha, NE   68138

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.   The name and address of the Plaintiff's attorney is:

MICHAEL JOHN MAILLIS
3412 W Market Street
Akron, OH   44333

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service.   Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Tavia Galonski
Summit County Clerk of Courts

June 15, 2026

# IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER:   CV-2026-06-2552

MATTHEW MAGAW
2851 Lincoln Way East
Apt G3
Massillon, OH, 44646

-VS-                                                                                   **SUMMONS**

TIM ROBERT HALL
31 E. Stewart St.
Greenville,   PA   16125

**TO the following:**

ZURICH AMERICAN INSURANCE COMPANY
1299 Zurich Way
Schaumburg, IL   60196

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common
Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.   The name and address of the Plaintiff's attorney is:

MICHAEL JOHN MAILLIS
3412 W Market Street
Akron, OH   44333

**You are hereby summoned and required to serve upon the attorney listed above, or upon the
party if they have no attorney of record, a copy of an answer to the COMPLAINT within
twenty-eight (28) days after service of this summon on you, exclusive of the day of service.   Your
answer must be filed with the Court within three days after the service of a copy of the answer on
the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in
the COMPLAINT.**

Tavia Galonski
Summit County Clerk of Courts

June 15, 2026

# IN THE COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

CASE NUMBER:  CV-2026-06-2552

MATTHEW MAGAW
2851 Lincoln Way East
Apt G3
Massillon, OH, 44646

-VS-                                                                                    **SUMMONS**

TIM ROBERT HALL
31 E. Stewart St.
Greenville,   PA   16125

**TO the following:**

ECM TRANSPORT LLC
2240 NW 12th Street
Richmond, IN   47374

You have been named as a defendant(s) in a complaint filed in the Summit County Court of Common Pleas, Summit County Courthouse, 205 S. High St., Akron, Ohio, 44308.

A copy of the COMPLAINT is attached hereto.   The name and address of the Plaintiff's attorney is:

MICHAEL JOHN MAILLIS
3412 W Market Street
Akron, OH   44333

**You are hereby summoned and required to serve upon the attorney listed above, or upon the party if they have no attorney of record, a copy of an answer to the COMPLAINT within twenty-eight (28) days after service of this summon on you, exclusive of the day of service.   Your answer must be filed with the Court within three days after the service of a copy of the answer on the attorney, or upon the party, if there is no attorney of record.**

**If you fail to appear and defend, judgment may be rendered against you for the relief demanded in the COMPLAINT.**

Tavia Galonski
Summit County Clerk of Courts

June 15, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MATTHEW MAGAW, | CASE NO.   CV-2026-06-2552 |
| Plaintiff, | JUDGE MARY MARGARET ROWLANDS |
| vs. | |
| TIM ROBERT HALL, et al., | **NOTICE OF FILING OF REMOVAL TO FEDERAL COURT OF DEFENDANTS TIM ROBERT HALL, ECM TRANSPORT, LLC AND WERNER ENTERPRISES INC.** |
| Defendants. | |

Please take notice that Defendants, Tim Robert Hall, ECM Transport, LLC and Werner Enterprises Inc., by and through counsel, have on this 17th day of July, 2026, filed its Notice of Removal to Federal Court, a copy of which is appended hereto, in the office of the Clerk in the United States District Court for the Northern District of Ohio, Eastern Division. Pursuant to 28 U.S.C. §§ 1441 and 1446, these proceedings are to be removed to the United States District Court of Ohio, Northern District, Eastern Division.

Pursuant to 28 U.S.C. § 1446(D), the state court shall proceed no further unless and until this case is remanded by the United States District Court. A copy of said Notice of Removal is attached hereto.

25143331 _1  101150.0038

Respectfully submitted,


*/s/ Christopher E. Cotter*
Christopher E. Cotter (0084021)
ccotter@ralaw.com
Jonathan T. Cope (0102601)
jcope@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH  44308
P:  330.819.1127

*Attorneys for Defendants,*
*Tim Robert Hall, ECM Transport, LLC*
*and Werner Enterprises Inc.*


## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing instrument was served on the attorneys of record via this court's electronic filing service this 17th day of July, 2026.

Michael J. Maillis
Kisling, Nestico & Redick, LLC
22 E. McKinley Way, Ste. A
Poland, OH  44514
mmaillis@knrlegal.com

*Attorney for Plaintiff*

**VIA U.S. MAIL**

Zurich American Insurance Company
1299 Zurich Way
Schamburg, IL  60196


*/s/ Christopher E. Cotter*
*Attorney for Defendants,*
*Tim Robert Hall, ECM Transport, LLC*
*and Werner Enterprises Inc.*

2

25143331 _1 101150.0038